CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 2 4 2020

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

For Clerk's Office Use

| Judge | Rec'd |
|-------|-------|

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTICT
OF VIRGINIA

For use by inmates filing a complaint under **CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

ALEXANDER MCKENZIE
Plaintiff full name

14417-C55
Inmate No.

v.

CIVIL ACTION NO. ___7:20CV509___

R. BRADBURN, J. TESTERMAN, BUREAU OF PRISONS, M.L. BALL
Defendant(s) full name(s)

*********************************************************************************************************

A. Current facility and address: UNITED STATES PENITENTIARY LEE. COUNTY
P.O. BOX 305   JONESVILLE, VA 24263

B. Where did this action take place? _____

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

_____ Yes      X No

If your answer to A is Yes, answer the following:

1. Court: _____

2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

_____ Yes      X No

1. If your answer is Yes, indicate the result:

_____

2. If your answer is No, indicate why: I AM IN FEAR OF RETALIATION, STAFF HERE HAVE A CULTURE OF RETALIATING AGAINST PRISONERS WHO FILE ADMINISTRATIVE REMEDIES. STAFF WILL TAKE PRISONERS TO WHAT IS CALLED THE "BOOM BOOM ROOM" AND STRAP PRISONERS DOWN TO A CONCRETE SLAB AND BEAT THE PRISONER AT INTERVALS OVER A 24 HOUR PERIOD OR UNTIL PRISONER AGREES TO NOT FILE REMEDY.
BLAKE V. ROSS REFERENCE; SEE: HARRELL V. LT. EALY, CASE No. 7:20-CV-399 AND COLLUM V. SIZEMORE, CASE No. 7:20-CV...

(CLAIMS) CONT.

ALL THE WHILE OF THIS ABUSE I WAS HANDCUFFED BEHIND MY BACK. THE HANDCUFFS WERE SQUEEZED AS TIGHT AS THEY COULD SQUEEZE THEM, CUTTING INTO MY WRIST, STOPPING CIRCULATION, CAUSING SWELLING AND NERVE DAMAGE. I WAS FORCED TO REMAIN THIS WAY FOR TWO HOURS. I HAVE PERMENEANT SCARS ON MY FACE IN THE FORM OF ZIPPERS, AND GASHES. I HAVE RE-OCCURRING HEADACHES WERE THE INJURIES WERE SUSTAINED ON MY EYEBROW AND FOREHEAD AREA. I HAVE A LIMP BECAUSE I CANNOT PUT A LOT OF PRESSURE ON MY KNEE DUE TO THE PAIN.

R. BRADBURN, J. TESTERMAN, AND M.L. BALL ALL CONSPIRED TO SLANDER/DEFAME ME IN A CONSORTED MANNER BY FALSIFYING DOCUMENTS (I.E. INCIDENT REPORTS) TO HAVE AN EXCUSE OF USING EXCESSIVE FORCE IN THE WAY OF ASSAULT AGAINST MY PERSON. THESE STAFF TOTALLY LIED IN THESE REPORTS THAT STILL DOES NOT JUSTIFY THE ATTACK.

THE DAMAGE TO MY VOICE BOX AND THROAT IS PERMENAENT. MY THROAT IS ALWAYS HOARSE AND IN CONSTANT PAIN. IT HURTS TO TALK OR TO RAISE MY VOICE AT ALL. MEDICAL REFUSES TO EXAMINE OR X-RAY MY THROAT. MY LOWER BACK IS IN CONSTANT PAIN DUE TO THE PUNCHES AND KICKS ADMINISTERED TO THAT AREA.

/s/
ALEXANDER MCKENZIE

E.  Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes**. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

ON 4/8/2020 AT 9:25 P.M TO 9:45 P.M OFFICER R. BRADBURN FORCED ME IN HANDCUFFS AND ESCORTED ME OUT THE H-UNIT HOUSING BLOCK. WHILE WALKING OUT THE UNIT R. BRADBURN ATTACKED ME FROM BEHIND BY PUSHING ME TO THE GROUND CAUSING A LACERATION TO MY KNEE, BRADBURN THEN PLACED ME IN A CHOKE HOLD UNTIL I WAS UNCONCIOUS, WHEN I AWOKE I WAS FACE DOWN BLEEDING

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

FROM CUTS TO MY FACE. WHILE DOWN BRADBURN AND TESTERMAN AND OTHER STAFF WERE BEATING ME. THIS CONTINUED FOR SEVERAL MINUTES. THEY THEN STRAPPED ME IN A PROSTRYKER RESCUE CHAIR AND ROLLED ME TO THE SPECIAL HOUSING UNIT, THEY TOOK ME OUT THE CHAIR PLACED ME ON THE FLOOR AND BEAT ME AGAIN FOR SEVERAL MORE MINUTES, AND BRADBURN TOOK SCISSORS AND CUT CHUNKS OF HAIR OFF MY HEAD. I SUSTAINED NUMEROUS INJURIES THAT RESULTED ((11)STITCHES IN MY FACE. PERMANEANT DAMAGE TO MY THROAT.

F.  State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

$ 1,000,000.00 PUNITIVE DAMAGES FOR INJURIES AND IMMEDIATE TERMINATION OF R. BRADBURN'S EMPLOYMENT IN THE BUREAU OF PRISONS.

G.  If this case goes to trial do you request a trial by jury?    Yes __X__    No _____

H.  If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address after I have been released or transferred or my case may be dismissed.

DATED: 8/20/20            SIGNATURE: _A. McK____

VERIFICATION:
I, ALEXANDER MCKENZIE_____, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertations are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 8/20/20            SIGNATURE: _A. McK____



A. MCKENZIE-PHITS 268
U.S.P. Lee Co. P.O.B. 305
Jonesville, VA 24263

7019 2280 0000 6059 7668

CLerk, United S
210 Franklin R
Roanoke, VA 2

U.S. PENITENTIARY - LEE COUNTY
PO Box 900 - Jonesville, VA 24263
DATE_____ 8-21-20
*Special / Legal Mail*
The enclosed letter was processed through special mailing
procedures for forwarding to you. The letter has been
neither opened or inspected. If the writer raises a question
or problem over which this facility has jurisdiction you
may wish to return the material for further information
or clarification. If the writer encloses correspondence
for forwarding to another addressee, please return the
enclosed to the above address.

< LegalMail / SpecialMail >



STATES DISTRICT COURT

OAD, SW, SUITE 540

2401-2208